# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN TONY CERVANTES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　Respondent. | Case No.: 1:20-cv-00188-JLT (HC)<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO MOTION FOR STAY AND ABEYANCE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON ATTORNEY GENERAL<br><br>[THIRTY DAY DEADLINE] |

On February 6, 2020, Petitioner filed a petition for writ of habeas corpus in this Court. (Doc. 1.) On February 12, 2020, Petitioner filed a motion for stay and abeyance. (Doc. 4.) The Court **ORDERS**:

1) The Clerk of the Court is DIRECTED to SERVE a copy of the petition for writ of habeas corpus and motion for stay and abeyance on the Attorney General or his or her representative;

2) Respondent is GRANTED thirty days from the date of service of this order to file his opposition or statement of non-opposition;

///
///
///

1

3) Any reply SHALL be filed within fourteen days after the Respondent's opposition is served.

IT IS SO ORDERED.

Dated: __**February 20, 2020**__      __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE