**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN TONY CERVANTES, | Case No.: 1:20-cv-00188-NONE-JLT (HC) |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE STATUS REPORT |
| v. | |
| W.J. SULLIVAN, Warden, | [FOURTEEN DAY DEADLINE] |
| Respondent. | |

On February 6, 2020, Petitioner filed the instant petition for writ of habeas corpus. (Doc. 1.) Petitioner filed a motion for stay and abeyance on February 12, 2020, and Respondent filed a statement of non-opposition on March 20, 2020. (Docs. 4, 9.) On April 14, 2020, the Court granted the stay, and Petitioner was directed to file a status report within 60 days of the date of service of that order, and then every 60 days thereafter. (Doc. 10.) However, Petitioner has not filed a status report and therefore has not complied with the Court's order.

Petitioner is again advised that failure to comply with the Court's orders and time allowances will result in this Court vacating the stay *nunc pro tunc*. Kelly v. Small, 315 F.3d 1063, 1071 (9th Cir. 2004).

**ORDER**

Accordingly, the Court ORDERS that Petitioner is DIRECTED to file a status report within fourteen days of the date of service of this order.

1

**Failure to do so will result in the Court vacating the stay and dismissal of the action.**

IT IS SO ORDERED.

Dated: **June 29, 2020**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE