1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  RUBEN TONY CERVANTES,            )   Case No.: 1:20-cv-00188-NONE-JLT (HC)
                                     )
12              Petitioner,          )   ORDER DENYING MOTION FOR STAY AND
                                     )   ABEYANCE
13          v.                       )
                                     )
14  W.J. SULLIVAN, Warden,           )   (Doc. 24)
                                     )
15              Respondent.          )
                                     )
16  _____)

17          On February 6, 2020, Petitioner filed the instant petition for writ of habeas corpus raising only

18  one exhausted claim. (Doc. 1.) Petitioner filed a motion for a stay and abeyance of the proceedings, in

19  which he included three claims to be exhausted. (Doc. 4.) Respondent did not oppose this request

20  (Doc. 9), and on April 14, 2020, the Court granted a <u>Kelly</u> stay (Doc. 10). Petitioner had failed to

21  comply with the Court's orders and time allowances, therefore, the Court issued findings and

22  recommendations to dismiss the petition. (Doc. 13.) However, on the same day, Petitioner filed a

23  response to the Court's order, stating that he had not been able to exhaust state remedies and

24  requesting to withdraw the stay and abeyance and proceed with the one issue raised in his habeas

25  petition. (Doc. 12 at 1.) The Court construed this as a motion to lift the stay and granted the motion

26  and withdrew the findings and recommendations. (Doc. 14.) Pursuant to the Court's order, Respondent

27  filed an answer on September 4, 2020. (Doc. 18.) On November 10, 2020, the Court issued findings

28  and recommendations to deny the petition (Doc. 20), and Petitioner filed objections to same on

December 21, 2020 (Doc. 23).

On February 12, 2021, Petitioner filed another motion for a stay and abeyance of the proceedings. (Doc. 24.) Respondent filed an opposition to the motion on February 25, 2021. (Doc. 25.) The Court previously stayed the action providing Petitioner the opportunity to return to state court to exhaust his state remedies (Doc. 10), but the Petitioner indicated that he was not able to exhaust state remedies and requested to withdraw the stay and abeyance and proceed with the one issue raised in his habeas petition (Doc. 12 at 1). Petitioner again requests a stay of proceedings (Doc. 24), but as Respondent contends, Petitioner not shown good cause nor has he shown that he has not been dilatory (Doc. 25 at 1). Moreover, the Court has already considered the merits of this petition and issued findings and recommendations to deny it. (Doc. 20.) Because Petitioner was already granted a stay and given the opportunity exhaust and the Court has already considered the merits of the petition, the Court denies Petitioner's second motion for a stay of the proceedings.

### ORDER

Accordingly, the Court **ORDERS** Petitioner's motion for stay (Doc. 24) is **DENIED**.

IT IS SO ORDERED.

Dated:   **February 26, 2021**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2